DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOEL WALLEN,**
Appellant,

v.

**TOWER HILL PRIME INSURANCE COMPANY,**
Appellee.

No. 4D21-2007

[May 26, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-6658.

Noel Wallen, Jamaica, NY, pro se.

Michael A. Monteverde, Paul S. Vicary and Kali Lauren M. Sinclair of Zinober Diana & Monteverde, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***